**James E. WATERS and James E. Waters Securities Company, Appellants, v. UNITED STATES of America, Appellee.**

**No. 7294.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 20, 1934.

John J. Sullivan and A. A. Seijas, both of Seattle, Wash., for appellants.

Anthony Savage, U. S. Atty., and Tom De Wolfe, Asst. U. S. Atty., both of Seattle, Wash.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and upon authority of Green v. United States, 67 F.(2d) 846, decided by this court on December 14, 1933, and United States v. Claude Chambers et al., 290 U. S. ——, 54 S. Ct. 434, 78 L. Ed. ——, ordered judgment of District Court reversed, and cause remanded to District Court, with directions to return the forfeited automobile to the appellants.

**Harold B. WHARTON, by and through the Bank of America National Trust & Savings Ass'n, Appellant, v. UNITED STATES of America, Appellee.**

**No. 7422.**

Circuit Court of Appeals, Ninth Circuit.

March 8, 1934.

Chenoweth & Whitehead, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., and Robert W. Daniels, Asst. U. S. Atty., both of Los Angeles, Cal.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**Jack WILLIAMS, alias John Flannigan, v. UNITED STATES of America.**

**No. 6566.**

Circuit Court of Appeals, Sixth Circuit.

March 15, 1934.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss the indictment.